**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JOMO RAKIM BARNETT, | : | No. 58 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JEREMY CLARK LIGHTNER, ESQ., | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.